

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| ANTONIO BARBA DUENAS, | § | No. 08-18-00022-CR |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20100D02223) |
|  | § |  |

## O RDER

The Court received and filed the supplemental reporter's record as requested in its order issued December 13, 2018. The appeal is therefore reinstated, and the Appellant's brief is now due January 16, 2019.

IT IS SO ORDERED this 17th day of December, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.